# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re: Fairfield Sentry Limited**      Docket No.: **22-2101**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jonathan Cho**

Firm: **Allen & Overy LLP**

Address: **1221 Avenue of the Americas, New York, NY 10020**

Telephone: **(212) 610-6300**      Fax: **(212) 610-6399**

E-mail: **jonathan.cho@allenovery.com**

Appearance for: **Hontai Life Insurance Company Limited/Appellee**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Laura R. Hall/Allen & Overy LLP** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **2/28/2023** OR

[ ] I applied for admission on _____.

Signature of Counsel: **/s/ Jonathan Cho**

Type or Print Name: **Jonathan Cho**